

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-23-00301-CR

---

### Ex Parte Miguel Angel Melo-Sanchez, Appellant

---

On Appeal from the County Court
Kinney County, Texas
Trial Court No. 11676CR

---

## JUDGMENT

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below and remand this matter to the trial court for further proceedings in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED this 29th day of September 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.